U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. - Atlanta

OCT 2 1 2020

JAMES N. HATTEN, Clerk
By:
Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA

## P L E A (With Counsel)

CRIMINAL NO. 1:20-CR-396

I, Antonio D. Hosey, defendant, having received a copy of the within Information, and having waived arraignment plead Not Guilty thereto the count thereof.

In Open Court this 21st day of October, 2020.

_____
SIGNATURE (Defense Attorney)
Caitlyn Wade

_____
SIGNATURE (Defendant)
Antonio D. Hosey

## INFORMATION BELOW MUST BE TYPED OR PRINTED

101 Marietta Street, NW, Ste 1500
Atlanta, Georgia 30303
Phone: (404) 688-7530
Bar Number: 259114

33 11th St NE
# 2419
Atlanta, GA 30309
Phone: 404.372-7702

Filed in Open Court by:

_____
(Signature)

_____
Date

Form No. USA-40-19-B
N.D. Ga. 11/8/12